RECEIVED
IN LAKE CHARLES, LA

DEC 21 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MICHAEL VESPA<br>FED REG 18176-101 | CIVIL ACTION NO. 12-1706<br>SECTION P |
| VS. | JUDGE MINALDI |
| JP YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 6] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITHOUT PREJUDICE** to petitioner's ability to pursue such claims by filing the appropriate action.

Lake Charles, Louisiana, on this 20th day of December, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE